```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611013507
Cashier ID: escolac
Transaction Date: 04/18/2013
Payer Name: SAN FRANCISCO LEGAL SUPPORT,

CIVIL FILING FEE
 For: ADAM SAVETT
 Case/Party: D-CAN-5-13-CV-001751-001
 Amount:         $350.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 124826
 Amt Tendered:    $350.00

Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

5-CV-13-1751-HRL

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```